IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 310-012 |
| | * | |
| NOEL ARNOLD | * | |

O R D E R

Before the Court is a motion to seal two exhibits filed in support of Defendant Noel Arnold's motion for compassionate release. Specifically, Defendant wishes to seal the documents because they contain an address and a date of birth. Upon consideration, the motion to seal (doc. no. 161) is **DENIED**. The information that Defendant wishes to seal is called a "personal data identifier." This information is not typically sealed; rather, it is redacted. See Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means, *Southern District of Georgia*, § II.I.1, at 11-12, available at https://www.gasd.uscourts.gov/sites/gasd/files/RevisedAdminProceduresECF-Dec2-2016.pdf.

**ORDER ENTERED** at Augusta, Georgia, this 10 day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE